**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| In re: | ) Case No.  15-40621-can13 |
|     Michael Raymond Fisher | ) |
|     Connie Ruth Fisher | ) |
|                       Debtor(s) | ) |

**AMENDMENT TO CHAPTER 13 PLAN**

COME NOW Michael and Connie Fisher by and through their undersigned counsel, and amend their chapter 13 plan to reflect the following:

1. Paragraph 12: NON-PRIORITY UNSECURED CREDITORS:

   a. If debtor has both non-exempt equity (requiring a LAP) and disposable income (requiring a DIP), the type of plan selected should be the option which provides the greatest dividend to non-priority unsecured creditors and complies with §1325(b) if less than a 100% dividend.

   b. <u>To the extent that the debtor is entitled to a tax refund which is a prepetition asset, the non-exempt portion thereof which either is not properly setoff, or which is not already provided for under the terms of the plan for the benefit of the unsecured creditors shall be turned over to the trustee for the benefit of the filed and allowed unsecured creditors.</u>

   c. To the extent debtor has a pending or potential lawsuit or other administrative proceeding, whether or not such cause of action is listed on Schedule B, any net, non-exempt proceeds which become liquidated during the applicable commitment period shall be turned over to the trustee for the benefit of unsecured creditors absent other court order and absent other agreement with the trustee.

   d. Choose only *one* treatment of non-priority unsecured creditors below:

         x  Liquidation Analysis Pot (LAP)
            There is non-exempt equity of $1257.

2. All other provisions of the debtors' plan remain the same.

Respectfully Submitted,

GHAFOOR COOK LLC

 */s/ Coleman R. Ellis*
Coleman R. Ellis        62252
136 E. Walnut, Suite 300
Independence, MO 64050
(816) 373-7379 telephone
(816) 222-0757 fax
ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by regular U.S. Mail or electronic mail this 1st day of July, 2015 to:

Richard V. Fink, Chapter 13 Trustee

All parties and creditors of interest

 */s/ Coleman R. Ellis*
Coleman R. Ellis