# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

IN RE:                                          )
    Michael Raymond Fisher             )        Case No. 15-40621-can-13
    Connie Ruth Fisher                  )
        Debtors.                 )

## AMENDMENT TO CHAPTER 13 PLAN

COME NOW the debtors, Michael and Connie Fisher, by and through their attorney, Coleman R. Ellis, and amend their Chapter 13 plan to reflect the following:

1. **PARAGRAPH 1. PLAN PAYMENT**: Debtors shall pay $1,250 per month from future earnings to the standing Chapter 13 Trustee.

2. All other provisions of the debtors' plan remain the same.

                Respectfully Submitted,

                GHAFOOR COOK LLC

                /s/ Coleman R. Ellis
                Coleman R. Ellis            #62252
                136 East Walnut, Suite 300
                Independence, MO 64050
                (816) 373-7379 telephone
                (816) 222-0757 facsimile
                ATTORNEYS FOR DEBTORS

                /s/ Michael Fisher
                Michael R. Fisher, Debtor

                /s/ Connie Fisher
                Connie R. Fisher, Joint Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by regular U.S. Mail or electronic mail this 23rd day of December, 2015 to:

All parties receiving electronic notice

  /s/ Coleman R. Ellis
Coleman R. Ellis